UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Emmanuel Sanchez,                                          Civ. No. 13-847 (PAM/JJG)

                Petitioner,

v.                                                                                **ORDER**

United States of America,

                Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Jeanne J. Graham dated April 18, 2013. In the R&R, the Magistrate Judge recommended that the Court deny the Petition for a Writ of Habeas Corpus in its entirety and summarily dismiss this action for lack of jurisdiction. The Magistrate Judge also recommended that the Court deny Petitioner's application to proceed in forma pauperis.

Petitioner has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 3).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

2. Petitioner's Application to Proceed In Forma Pauperis (Docket No. 2) is **DENIED**; and

3.	This matter is summarily **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: May 14, 2013

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge